**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Martinez, Esq.
Nevada Bar No. 14237
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tmartinez@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCO PAULO RODRIGUES LORADOR and PAULO RENATO RODRIGUES LORADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELLE KOLEV, NICOLE KOLEV, CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL ENTERTAINMENT GROUP, and TREASURE ISLAND LLC,<br><br>Defendants. | Case Number:<br>2:21-cv-01650-GMN-BNW<br><br><br><u>**STIPULATION AND ORDER TO RESET DATE OF HEARING**</u> |

Plaintiffs Marco Paulo Rodrigues Lorador and Paulo Renato Rodrigues Lorador (hereinafter "Plaintiffs"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing; and Michelle Kolev, Nicole Kolev, Cirque Du Soleil Nevada Newco, Inc., and Treasure Island LLC, (hereinafter "Defendants"), by and through their attorneys of record, the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate and agree as follows:

MAC:16662-001 4557967_1 12/7/2021 4:01 PM

1. Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 5) on September 8, 2021.

2. Defendants' Response (ECF No. 18) was filed on November 2, 2021.

3. Plaintiffs filed their Reply in Support of their Motion for Preliminary Injunction (ECF No. 19) on November 9, 2021.

4. The Clerk of the Court set the hearing for December 16, 2021 at 10:00 a.m. per the Order Setting Hearing on Motion for Preliminary Injunction (ECF No. 25) filed on December 1, 2021.

5. Counsel for both Plaintiffs and Defendants are unable to appear on December 16, 2021.

6. Given the foregoing, the Parties request to move the hearing on Plaintiffs' Motion for Preliminary Injunction from December 16, 2021 to **January 11, 2022 at 10:00 a.m**.

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:16662-001 4557967_1 12/7/2021 4:01 PM

7. The request for a continuance of this hearing is made in good faith and not being sought for improper purposes or to delay.

Dated this 7th day of December, 2021.

| MARQUIS AURBACH COFFING | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| By: */s/ Tabetha Martinez, Esq.*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Tabetha Martinez, Esq.<br>Nevada Bar No. 14237<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | By: */s/ Brian K. Terry, Esq.*<br>Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>Vincent M. Godinho, Esq.<br>Nevada Bar No. 14205<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101 |

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

### ORDER

IT IS SO ORDERED, this 8 day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

MAC:16662-001 4557967_1 12/7/2021 4:01 PM