**Marquis Aurbach Coffing**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Martinez, Esq.
Nevada Bar No. 14237
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tmartinez@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCO PAULO RODRIGUES LORADOR and PAULO RENATO RODRIGUES LORADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELLE KOLEV, NICOLE KOLEV, CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL ENTERTAINMENT GROUP, and TREASURE ISLAND LLC,<br><br>Defendants. | Case Number:<br>2:21-cv-01650-GMN-BNW<br><br><br><br><br><br>**STIPULATION AND ORDER REGARDING JANUARY 11, 2022 HEARING** |

Plaintiffs Marco Paulo Rodrigues Lorador and Paulo Renato Rodrigues Lorador (hereinafter "Plaintiffs"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing; and Michelle Kolev, Nicole Kolev, Cirque Du Soleil Nevada Newco, Inc., and Treasure Island LLC, (hereinafter "Defendants"), by and through their attorneys of record, the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate and agree as follows:

MAC:16662-001 4583943_1 1/5/2022 5:21 PM

1. Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 5) on September 8, 2021.

2. Defendants' Response (ECF No. 18) was filed on November 2, 2021.

3. Plaintiffs filed their Reply in Support of their Motion for Preliminary Injunction (ECF No. 19) on November 9, 2021.

4. The Clerk of the Court set the hearing for December 16, 2021 at 10:00 a.m. per the Order Setting Hearing on Motion for Preliminary Injunction (ECF No. 25) filed on December 1, 2021.

5. The hearing was continued to January 11, 2022 pursuant to the Stipulation and Order to Continue Hearing Date (ECF No. 27) filed on December 7, 2021.

6. Counsel for Defendants recently contracted COVID-19 and is unable to attend the hearing on January 11, 2022, which would require a continuation of the hearing in the interest of health and safety. The interests of health and safety must be balanced against Plaintiffs' interest in having this matter adjudicated without further delay.

7. Thus, in an attempt to balance Plaintiffs' interest in resolving the Motion as expeditiously as possible and Defendants' interest in taking the hearing off calendar for health and safety reasons, the parties hereby stipulate and agree as follows:

a) The parties agree to submit supplemental briefing in lieu of a hearing on January 11, 2022.

b) The briefing will be limited to the three topics identified in the Court's Order Setting Hearing on Motion for Preliminary Injunction (ECF No. 25), as follows:

1) The validity of Plaintiffs' copyright;

2) The current state of the law concerning partial copying of copyrighted material;

3) The poses and transitions presented in the video exhibits of the Alexis Brothers' and Kolev Sisters' hand-balancing performances.

MAC:16662-001 4583943_1 1/5/2022 5:21 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

c) The supplemental briefing will be limited to 10 pages and will be submitted to the court on January 11, 2022.

d) Upon submission of the supplemental briefing, this matter will be deemed fully submitted for the Court for ruling without further oral argument, unless such argument is requested by the Court.

8. This request is made in good faith and not being sought for improper purposes or to delay.

Dated this 5th day of January, 2022.

| MARQUIS AURBACH COFFING | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| By: */s/ Tabetha Martinez, Esq.*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Tabetha Martinez, Esq.<br>Nevada Bar No. 14237<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | By: */s/ Brian K. Terry, Esq.*<br>Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>Vincent M. Godinho, Esq.<br>Nevada Bar No. 14205<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101 |

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the hearing currently scheduled for Tuesday, January 11, 2022, at 10:00 a.m. is **VACATED**.

Dated this   6   day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

MAC:16662-001 4583943_1 1/5/2022 5:21 PM