**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Tabetha Martinez, Esq.
Nevada Bar No. 14237
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
tmartinez@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCO PAULO RODRIGUES LORADOR and PAULO RENATO RODRIGUES LORADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELLE KOLEV, NICOLE KOLEV, CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL ENTERTAINMENT GROUP, and TREASURE ISLAND LLC,<br><br>Defendants. | Case Number:<br>2:21-cv-01650-GMN-BNW<br><br><br><br>**STIPULATION AND ORDER TO STAY DEADLINES PENDING APPEAL** |

Plaintiffs Marco Paulo Rodrigues Lorador and Paulo Renato Rodrigues Lorador (hereinafter "Plaintiffs"), by and through their attorneys of record, the law firm of Marquis Aurbach; and Michelle Kolev, Nicole Kolev, Cirque Du Soleil Nevada Newco, Inc., and Treasure Island LLC, (hereinafter "Defendants"), by and through their attorneys of record, the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate and agree as follows:

MAC:16662-001 4725266_1 5/19/2022 11:16 AM

1. Plaintiffs filed their Complaint [ECF No. 1] and Motion for Preliminary Injunction [ECF No. 5] on September 8, 2021. An Amended Complaint was filed on September 30, 2021 [ECF No. 11]. Defendants filed a Motion to Dismiss [ECF No. 16] on November 2, 2021, which is still pending a decision by this Court.

2. The parties attended the telephonic Rule 26(f) conference on December 13, 2021, and thereafter submitted a Stipulated Discovery Plan and Scheduling Order to this Court. The Stipulated Discovery Plan and Scheduling Order was signed by this Court on December 16, 2021 [ECF 29]. The Stipulated Discovery Plan and Scheduling Order provided for the following dates and deadlines:[1]

| | |
|---|---|
| **Initial Expert Deadline** | May 27, 2022 |
| **Rebuttal Expert Deadline** | June 13, 2022 |
| **Close of Discovery** | July 11, 2022 |
| **Dispositive Motion Deadline** | August 10, 2022 |
| **Pre-Trial Order Deadline** | September 9, 2022 |

3. After conducting a hearing on the Motion for Preliminary Injunction on February 8, 2022, this Court entered its Order granting in part and denying in part Plaintiffs' Motion on March 10, 2022 [ECF No. 37].

4. The Court's March 10, 2022 Order was appealed to the Ninth Circuit Court of Appeals through the filing of Plaintiffs' Notice of Appeal [ECF No. 41] on April 4, 2022, and Defendants' Notice of Appeal [ECF No. 44] on April 6, 2022.

5. The Parties have agreed to participate in the Ninth Circuit's settlement conference program, and anticipate that a settlement conference will be held on July 21, 2022.

---

[1] The last day to amend pleadings and add parties passed on April 12, 2022, and is not impacted by this Stipulation.

MAC:16662-001 4725266_1 5/19/2022 11:16 AM

6. The Parties are further in agreement to stay the upcoming deadlines contained in the Stipulated Discovery Plan and Scheduling Order pending the result of the 9th Circuit Appeal.

7. As such, the Parties agree to stay the following dates and deadlines pending the results of the 9th Circuit appeal and/or resolution of this matter at the upcoming settlement conference:

| | |
|---|---|
| **Initial Expert Deadline** | May 27, 2022 |
| **Rebuttal Expert Deadline** | June 13, 2022 |
| **Close of Discovery** | July 11, 2022 |
| **Dispositive Motion Deadline** | August 10, 2022 |
| **Pre-Trial Order Deadline** | September 9, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:16662-001 4725266_1 5/19/2022 11:16 AM

8. This request is made in good faith and not being sought for improper purposes or to delay.

Dated this 19th day of May, 2022.

| MARQUIS AURBACH | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| By: */s/ Tabetha Martinez*<br>Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>Tabetha Martinez, Esq.<br>Nevada Bar No. 14237<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | By: */s/ Brian K. Terry*<br>Brian K. Terry, Esq.<br>Nevada Bar No. 3171<br>Vincent M. Godinho, Esq.<br>Nevada Bar No. 14205<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*

## **ORDER**

IT IS ORDERED that ECF No. 53 is GRANTED.

IT IS FURTHER ORDERED that the parties must file a joint status report indicating whether they settled by August 5, 2022.

**IT IS SO ORDERED**

**DATED:** 6:40 pm, May 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MAC:16662-001 4725266_1 5/19/2022 11:16 AM