**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCO PAULO RODRIGUES LORADOR and PAULO RENATO RODRIGUES LORADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHELLE KOLEV, NICOLE KOLEV, CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL ENTERTAINMENT GROUP, and TREASURE ISLAND LLC,<br><br>Defendants. | Case Number:<br>2:21-cv-01650-GMN-BNW<br><br>**JOINT STATUS REPORT** |

///

///

Page 1 of 3

MAC:16662-001 4800984_1 8/4/2022 1:53 PM

# JOINT STATUS REPORT

PLEASE TAKE NOTICE that the Parties, Plaintiffs MARCO PAULO RODRIGUES LORADOR and PAULO RENATO RODRIGUES LORADOR, by and through their counsel of record, the law firm of Marquis Aurbach and the Law Offices of Philip A. Kantor PC, and Defendants MICHELLE KOLEV, NICOLE KOLEV, CIRQUE DU SOLEIL NEVADA NEWCO, INC., CIRQUE DU SOLEIL ENTERTAINMENT GROUP, and TREASURE ISLAND LLC, by and through their counsel of record, the law firm of Thorndal, Armstrong, Delk, Balkenbush & Eisinger, hereby submit this Joint Status Report pursuant to this Court's May 22, 2022 Order staying deadlines pending appeal.

1. The Parties had a scheduled mediation through the Ninth Circuit's settlement conference program set for July 21, 2022.

2. Due to scheduling issues, the mediation had to be re-scheduled, but is now set for August 17, 2022.

Dated this 4th day of August, 2022.

**MARQUIS AURBACH**

By: ___/s/ *Harry L. Arnold*_____
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

*Attorneys for Plaintiffs*

Dated this 4th day of August, 2022.

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

By:____/s/ *Brian K. Terry*_____
Brian K. Terry, Esq.
Nevada Bar No. 3171
Vincent M. Godinho, Esq.
Nevada Bar No. 14205
1100 East Bridger Avenue
Las Vegas, NV 89101

*Attorneys for Defendants*

### ORDER

IT IS ORDERED that the parties must file a joint status report by 8/26/2022 indicating whether they settled. If the parties have not settled by this time, they must file a joint Discovery Plan and Scheduling Order by 9/2/2022.

IT IS SO ORDERED
**DATED:** 3:13 pm, August 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:16662-001 4800984_1 8/4/2022 1:53 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of August, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

> Brian K. Terry, Esq.
> Vincent M. Godhino, Esq.
> THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER
> 1100 East Bridger Ave,
> Las Vegas, NV 89101
> jmg@thorndal.com,
> bterry@thorndal.com,
> jaa@thorndal.com
> vmg@thorndal.com,
> kmc@thorndal.com
> *Attorneys for Defendants*

           */s/ Jessica Madsen*
           an employee of Marquis Aurbach

MAC:16662-001 4800984_1 8/4/2022 1:53 PM